AO 91 (Rev. 5/85) Criminal Complaint

ORIGINAL

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 0 7 2009

JAMES N. HATTEN, Clerk
BY: *[signature]*
Deputy Clerk

UNITED STATES OF AMERICA
v.

**Ronald Fisher**

CRIMINAL COMPLAINT

CASE NUMBER: 1:09-MJ- 851

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>May 28, 2009</u>, in <u>Fulton</u> County, in the Northern District of Georgia defendant(s) did,

move and travel in interstate commerce between Georgia and Texas to avoid prosecution for the crime of Murder, which is a felony under the laws of the state of Georgia;

in violation of Title <u>18</u> United States Code, Section(s) <u>1073</u>.

I further state that I am a(n) Special Agent with the FBI and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof.   (X) Yes   ( ) No

*[signature]*
Signature of Complainant
Chad Fitzgerald
Federal Bureau of Investigation

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

July 7, 2009                                    at    Atlanta, Georgia
Date                                                  City and State

E. Clayton Scofield, III                         *[signature]*
United States Magistrate Judge                   Signature of Judicial Officer
Name and Title of Judicial Officer
AUSA Mary Roemer  MCR

AFFIDAVIT

1. Your affiant, Chad Fitzgerald, is a special agent with the Atlanta office of the Federal Bureau of Investigation.

2. On July 6, 2009, Detective Aurelio Feliberty, fugitive team, Atlanta Police Department, advised the affiant as follows:

    (a) On May 28, 2009, a bench warrant was issued in Fulton County Magistrate Court charging Ronald Fisher, with the crime of Murder, a felony in the state of Georgia, which occurred on or around May 26, 2009.

    (b) Investigator Mark Cooper, Homicide Unit, received information from a confidential source that Fisher fled to the state of Texas after the crime to live with his mother.

    (c) Investigator Feliberty has checked several logical locations for Ronald Fisher in the metro Atlanta area with negative results. In addition, Investigator Feliberty was able to locate an address in Texas associated with Fisher and his family using public source databases.

3. Atlanta Police Department will extradite Fisher from any jurisdiction in which he is apprehended.

# CRIMINAL WARRANT

Warrant No: EW027502

## MAGISTRATE COURT OF FULTON COUNTY:
## GEORGIA, Fulton County

### AFFIDAVIT FOR ARREST
(Ga. Code Ann. 17-4-45)

Personally came MARK COOPER, who on oath says that to the best of his/her knowledge and belief Ronald Leo Fisher (hereinafter called the accused) between 5/26/2009 at 04:15 and 5/26/2009 at 04:15, at 1991 Delowe Drive, Atlanta in FULTON county aforesaid, did commit the offense of HOMICIDE-MURDER 16-5-1, in that said Ronald "Noonie" Fisher did shoot Derrick Cullins with a handgun and then stood over him and shot him again before fleeing the scene. Ronald Fisher has been identified by two witnesses to this incident. One of the witnesses has known Im for approximately 15 years and sees him on a daily basis. The second witness picked him from a six person photographic lineup. and this deponent makes this affidavit that a warrant may issue for his/her arrest.

Sworn to and subscribed before me,

_____
Prosecutor/Affiant: MARK COOPER

_____
Deputy Clerk/Judge
MAGISTRATE Court of Fulton County

### STATE WARRANT FOR ARREST

STATE WARRANT FOR ARREST

(Ga. Code Ann. 17-4-46)

To any Sheriff, Deputy Sheriff, Coroner, Constable, Police Officer, Law Enforcement Officer or Marshal of said State
**GREETING:**

For sufficient causes made known to the Deputy Clerk of this Court (as authorized by Acts 1922, p. 207), you are therefore commanded to arrest the body of the said accused named in the foregoing affidavit, charged with the offense of: **HOMICIDE-MURDER 16-5-1** and bring him/her before me or some other judicial officer of this State, to be dealt with as the law directs, **HEREIN FAIL NOT.**

This 28 day of May, 2009 at 11:06:09 AM

_____
JUDGE, MAGISTRATE COURT OF FULTON COUNT

# MAGISTRATE COURT OF FULTON COUNTY

No. EW0027502
CRIMINAL WARRANT
THE STATE
versus
Ronald Leo Fisher

| RACE | D.O.B | SEX | HGT | WGT |
|---|---|---|---|---|
| B | 07/02/1981 | Male | 5ftated_in | 155 |

ADDRESS: 3158 Desert Drive
East Pointe, GA, NA43761641

BUS. ADDRESS:

PHONE NUMBER: (h) (w)

IN CUSTODY: No

BOND $ OTHER JUDGE SETS

CHARGE: 16-5-1 HOMICIDE-MURDER

PROSECUTOR NAME & ADDRESS:
MARK COOPER
CITY HALL EAST 8FLR
Atlanta GA N/A

PHONE NUMBER: 404-853-4235ext

ATTY/PROSECUTOR: NAME/ADDRESS/PHONE

PROSECUTOR NOTIFIED BY:

DATE: / / TIME: AM/PM
PERSON NOTIFIED:

**GEORGIA, Fulton County:**
After hearing evidence the accused is
Discharged _____
This _____ 20 _____

**JUDGE, MAGISTRATE COURT-FULTON CO.**

DISMISSED _____
This _____ 20 _____

**JUDGE, MAGISTRATE COURT-FULTON CO.**
*****************

**GEORGIA, FULTON COUNTY:**
After hearing evidence it is ordered that
the accused give bond of $ OTHER JUDGE SETS dollars for
his/her appearance at the STATE COURT/SUPERIOR COURT of
said County now in session to answer to the Charge of HOMICIDE-
MURDER 16-5-1 or in default that they be committed to jail.
This is _____ day of _____, 20 ____.

**JUDGE, MAGISTRATE COURT-FULTON CO.**
*****************

**GEORGIA, FULTON COUNTY:**
Executed the within warrant by
arresting the defendant. Executed this _____ day of
_____, 20 ____ By _____

**ARRESTING OFFICER(S)**

CASE NO#: 091480269

CALENDAR DATE AND NUMBER

**WITNESSES FOR THE STATE**

Name:
Address:
Phone: (w) (h)

Name:
Address:
Phone:

Name:
Address:
Phone:

NOTES:
...................
...................