ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

vs

**Ronald Fisher**

**WARRANT FOR ARREST**

Case No.: 1:09-MJ- 851

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Ronald Fisher**

and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT**

charging him or her with (brief description of offense):

move and travel in interstate commerce between Georgia and Texas to avoid prosecution for the crime of Murder, which is a felony under the laws of the state of Georgia;

in violation of Title 18, United States Code, Section(s) 1073.

E. Clayton Scofield, III
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

July 7, 2009 at Atlanta, GA
Date and Location

Bail Fixed at $ _____ by _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 14 2010

JAMES N. HATTEN, CLERK
By: *[signature]* Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

3/30/10 Arrested on local Warrant by APD

Date Received: _____

Name and Title of Arresting Officer

Date of Arrest: _____

Signature of Arresting Officer